Reed R. Heimbecher, Heimbecher & Associates, LLC, Hamel, MN, for Joseph Bird.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**GENERAL CASUALTY COMPANY OF WISCONSIN, Appellant,**

v.

**AMERISURE MUTUAL INSURANCE COMPANY, Appellee.**

No. 2010–1422.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2010.

Glenn E. Forbis, Rader, Fishman & Grauer PLLC, Bloomfield Hills, MI, for Appellee.

James D. Peterson, Roxana Wizorek, Godfrey & Kahn, S.C., Madison, WI, for Appellant.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**SP TECHNOLOGIES, LLC, Plaintiff–Appellee,**

v.

**GARMIN INTERNATIONAL, INC., Defendant–Appellee,**

and

**Tomtom, Inc., Defendant–Appellee,**

v.

**Peter Boesen, Movant–Appellant.**

No. 2010–1497.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2010.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

